# Richmond

THE FIRST NATIONAL BANK OF LEXINGTON, SURVIVING
EXECUTOR OF THE ESTATE OF B. ESTES VAUGHAN,
DECEASED, ET ALS. V. MARION V. GRAY, ET ALS.

November 11, 1937.

Present, Campbell, C. J., and Holt, Hudgins, Gregory, Eggleston
and Spratley, JJ.

C. S. *Glasgow,* for the appellants.

*White & Temple,* for the appellees.